UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 11-22833-CIV-MARTINEZ-MCALILEY**

AZAEL DYTHIAN PERALES,

    Plaintiff,

vs.

BP et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE came before the Court upon a *sua sponte* review of Plaintiff's Amended Complaint (D.E. No. 6). Plaintiff has moved to proceed in forma pauperus pursuant to 28 U.S.C. §1915 and has filed the necessary application (D.E. No. 7). The Court has reviewed the entire file and finds that Plaintiff's Amended Complaint fails to state a claim on which relief may be granted. Pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) "the court shall dismiss the case at any time if the court determines that . . . the action or appeal fails to state a claim on which relief may be granted." In this matter, the Court has previously ordered Plaintiff to amend his complaint in order to cure the deficiencies. (D.E. No. 5). However, the Amended Complaint fails to comply with the instructions that the Court previously provided to Plaintiff. The Order specified that each cause of action was to be separately numbered and accompanied by specific facts to support the allegation. (D.E. No. 5). The Complaint contains numerous legal violations, but fails to state any facts to support the allegations. "A pleading that offers labels and conclusions or a formulaic recitation of the elements of a cause of action will not do. Nor does a complaint suffice if it

tenders naked assertions devoid of further factual enhancement. . . a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009); *see also Bell Atlantic Corp. v. Twombley*, 550 U.S. 544, 555 (2007); *Papasan v. Allain*, 478 U.S. 265, 286 (1986). Due to the lack of factual allegations, the Amended Complaint fails to state a claim and is therefore, dismissed. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff's Amended Complaint is **DISMISSED**. The case is **CLOSED**, and all pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of September, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record
Azael Dythian Perales